**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTOPHER VINCENTES,**

        **Plaintiff,**

**-vs-**                                                                                **Case No. 6:04-cv-833-Orl-18DAB**

**JOHNSON'S WRECKER SERVICE, INC.,**
**DARRELL JOHNSON,**
        **Defendants.**

_____

## ORDER TO STRIKE

Defendants' Notices of Serving Answers to Interrogatories (Doc. No. 15) and Response to Plaintiff's Request for Production (Doc. No. 16) were filed in violation of Local Rule 3.03(e), which does not allow discovery or notices that discovery has been completed to be filed with the Court, unless part of a motion to compel. The Clerk is directed to delete the documents, and any responses required to be filed because of the stricken documents will not be required and will also be stricken and deleted.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2005.

                                                                *David A. Baker*
                                                              DAVID A. BAKER
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record